**Asa L. WHITE v. STATE.**

6 Div. 43.

Court of Appeals of Alabama.
June 8, 1937.

Beddow, Ray & Jones, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

**John WHITE v. STATE.**

1 Div. 262.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.

**Nim WHITEHEAD v. STATE.**

4 Div. 113.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Appeal dismissed.

**Arch WIDNER v. STATE.**

8 Div. 392.

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Affirmed.

**Charley WILEY v. STATE.**

4 Div. 150.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

**Allie WILLIAMS v. STATE.**

2 Div. 604.

Court of Appeals of Alabama.
March 23, 1937.

BRICKEN, Presiding Judge.
Affirmed.

**Albert WILLIAMS v. STATE.**

2 Div. 605.

Court of Appeals of Alabama.
March 23, 1937.

SAMFORD, Judge.
Affirmed.